IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JUSTINE LANE DAVIS,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY,<br><br>Defendant. | CV 21–18–M–DWM<br><br>ORDER |

The parties having filed a stipulation for dismissal pursuant to Federal Rule of Civil Procedure 41(a),

IT IS ORDERED that the above-captioned cause is DIMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED.

DATED this 14th day of June, 2021.

Donald W. Molloy, District Judge
United States District Court